UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASIR AHMAD SAFI (A-241-526-132),<br>Petitioner,<br>v.<br>ATTORNEY GENERAL, et al.,<br>Respondents. | No. 1:26-cv-05728-DC-CSK (HC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(Doc. No. 15) |

Petitioner, an immigration detainee proceeding through counsel, filed this amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 15.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 11, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (Doc. No. 15.) That same day, Respondents "object[ed] to the Findings and Recommendations for the reasons set forth in their previous pleadings." (Doc. No. 16.) Petitioner objected to Respondents' objections "for the reasons set forth in his previous pleadings." (Doc. No. 17.)

Respondents' arguments were addressed and rejected by the magistrate judge in this case and by the undersigned in other cases. *See Davoodi v. Chestnut et al.*, No. 1:26-cv-00033-DC-

ICD, Dkt. No. 24 (May 13, 2026) (granting the petition for a writ for a habeas corpus and ordering release for the petitioner who was detained for nine months pursuant to an order of removal and the government had not shown that there is was a significant likelihood of removal in the reasonably foreseeable future); *see also Gutierrez-Martinez v. Chestnut et al.*, No. 1:26-cv-04722-DC-CSK, 2026 WL 2247970 (Aug. 4, 2026) (similar). Thus, Respondents' objections provide no basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 11, 2026 (Doc. No. 15) are ADOPTED;
2. Petitioner Basir Ahmad Safi's (A-241-526-132) amended petition for a writ of habeas corpus (Doc. No. 11), is GRANTED on count one, as follows;[1]
    a. Petitioner shall be RELEASED IMMEDIATELY from Respondents' custody with the same conditions he was subject to immediately prior to his present immigration detention. Respondents shall not impose any additional restriction on him, such as electronic monitoring, unless that is determined to be necessary at a future pre-deprivation/custody hearing;
    b. Respondents shall RETURN all of Petitioner's documents and possessions (e.g., identification, passport, work permit, Social Security card, etc.) upon his release from custody; and
    c. Within three (3) days from the date of entry of this order, Respondents shall

[1] Because the court is granting the petition on count one, the court need not address any additional grounds raised in the petition. *See N.K. v. Noem*, No. 1:26-cv-00292-KES-SAB, 2026 WL 130345, at *1 (E.D. Cal. Jan. 16, 2026) (granting habeas petition as to the second count of the petition and not addressing other counts because the petitioner was entitled to the relief sought based on the court's ruling as to that second count).

FILE a notice of compliance with this court confirming that Petitioner has been released in accordance with the above;

3. Respondents are PERMANENTLY ENJOINED AND RESTRAINED from seeking to revoke Petitioner's release unless and until they comply with all procedures set forth in 8 C.F.R. § 241.4(l), 8 C.F.R. § 241.13(i), any other applicable statutes and regulations, and the requirements of due process;
4. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and
5. The Clerk of the Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Dated: **October 20, 2026**

Dena Coggins
United States District Judge